AMOS G. KILTZ and JULIA KILTZ, Appellants, v. SAMUEL N. WHITE, Respondent, Impleaded with NETTIE FINCH.— Judgment unanimously affirmed, with costs, on the authority of *Hayes* v. *Gregory* (184 App. Div. 802).

HELEN V. LEIGHTON, Respondent, v. CORNELIUS CAFFERTY, Appellant.— Judgment unanimously affirmed, with costs, on the ground that the erroneous rulings did not prejudice the substantial rights of the defendant and should be disregarded under section 105 of the Civil Practice Act.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of THOMAS HANNEN, Respondent, for Compensation under the Workmen's Compensation Law, v. LORD CONSTRUCTION COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of LUCY MORROW, Respondent, for Compensation Arising out of the Death of JEROME MORROW, under the Workmen's Compensation Law, v. ISLAND PAPER COMPANY, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JOSEPHINE KUBES, Respondent, on Behalf of Herself and Minor Daughter, EMMA KUBES, for Compensation under the Workmen's Compensation Law, v. GENERAL ELECTRIC COMPANY, Appellant.— Award reversed and claim dismissed on the ground that the only evidence as to the accident is hearsay, and on the authority of *Jack* v. *Morrow Mfg. Co.* (194 App. Div. 565); *White* v. *American Society for the Prevention of Cruelty to Animals* (191 id. 6); *Matter of Belcher* v. *Carthage Machine Co.* (224 N. Y. 326); *Matter of Hansen* v. *Turner Construction Co.* (Id. 331); *Matter of Carroll* v. *Knickerbocker Ice Co.* (218 id. 435). All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JAMES R. MURPHY, Respondent, for Compensation under the Workmen's Compensation Law, v. SANFORD & SONS, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of HELEN OVERBECK, Respondent, for Compensation under the Workmen's Compensation Law, v. A. SCHRADER & SONS, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of ELMER H. DUTCHER, Respondent, for Compensation under the Workmen's Compensation Law, v. INTERNATIONAL TIME RECORDING COMPANY, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants. — Award unanimously affirmed.

In the Matter of the Judicial Settlement of the Account of Proceedings of JULIA GILHOOLY, Administratrix, etc., of MICHAEL J. NEVAN, Deceased, Respondent. HARRY E. CLINTON, as Administrator de Bonis Non, etc., of MICHAEL J. NEVAN, Deceased, Appellant.— Decree unanimously affirmed, with costs to the respondent.